UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW LUKE, FRANK THROWER, PAT MAIOLO, DAVID KIRWIN, FLOYD PREVOST, MICHAEL J. GARRETT, JOSEPH HERNANDEZ,

    Plaintiffs,

v.

Case No. 2:25-cv-18-SPC-KCD

CENTURYLINK OF FLORIDA, INC., JIMMIE GREEN,

    Defendants,

## ORDER

Plaintiff Michael J. Garrett is now proceeding without a lawyer. (Doc. 38.) Thus, no later than **June 20, 2025**, Garrett must retain new counsel and have him or her file a notice of appearance in this case. If Garrett does not obtain counsel, he must, no later than **June 20, 2025**, file a notice with the Court stating that he intends to proceed pro se, and that he intends to participate in this case.

Garrett also has failed to respond to the Court's interrogatories. He must file his answers to the Court interrogatories, available at the undersigned's webpage under the Forms tab, by **June 20, 2025**. **Failure**

**comply with this Order could result in Garrett's dismissal from this case for failure to prosecute**.

**ORDERED** in Fort Myers, Florida on June 6, 2025.

Kyle C. Dudek
United States Magistrate Judge