UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW LUKE, *et al.*,

    Plaintiffs,

v.                                           Case No.:  2:25-cv-18-SPC-KCD

CENTURYLINK OF FLORIDA, INC.,

    Defendant.

## **OPINION AND ORDER**

Before the Court is Judge Kyle C. Dudek's Report and Recommendation ("R&R"). (Doc. 46). Judge Dudek recommends that the Court dismiss Plaintiff Michael Garrett's claims without prejudice because he has not diligently prosecuted this case, has refused to answer the Court's interrogatories, and has ignored its orders. Garrett has not objected to the R&R, and the time to do so has expired. The R&R is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's R&R.  28 U.S.C. § 636(b)(1)(C).  In the absence of specific objections, there is no requirement that a district judge review the R&R de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error

as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. So, it accepts and adopts the R&R in full. Accordingly, it is now

**ORDERED:**

1. Judge Dudek's Report and Recommendation (Doc. 46) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.
2. Plaintiff Michael Garrett's claims are **DISMISSED without prejudice**, and he is **REMOVED** as a plaintiff in this action.
3. The Clerk is **DIRECTED** to terminate Michael Garrett as a plaintiff on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on July 17, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2